UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OXFORD GLOBAL RESOURCES, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> BNL TECHNICAL SERVICES, INC., <br><br>   Defendant. | NO. CV-09-5086-EFS <br><br> **ORDER GRANTING STIPULATIONS FOR PERMANENT INJUNCTION AND DISMISSAL OF ACTION** |

Before the Court, without oral argument, are the parties' Stipulation for Order Granting Permanent Injunctive Relief (Ct. Rec. 74) and Stipulation for Dismissal (Ct. Rec. 75). The parties have reached a settlement. As a condition of the settlement, the parties agree that the February 3, 2010 entered preliminary injunction should be made permanent. Finding good cause, the Court enters the permanent injunction. The Court makes no finding as to the merit of dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Stipulation for Order Granting Permanent Injunctive Relief **(Ct. Rec. 74)** is **GRANTED** as follows:

   a. BNL is prohibited from interfering with Oxford's contractual relationship with ELR, TradeWind, or any

ORDER ~ 1

                    other staffing company. The prohibition includes the following conduct:

          i) Submitting proposals to furnish individuals known by BNL to be Oxford employees, employee consultants, Oxford subcontractors, or Oxford independent contractors to Washington River Protection Solutions ("WRPS") or any other current Oxford client, except pursuant to and in compliance with a written agreement with Oxford; and

          ii) Furnishing individuals known by BNL to be Oxford employees, employee consultants, subcontractors, or independent contractors to WRPS or any other current Oxford client, except pursuant to and in compliance with an agreement with Oxford.

    b. BNL is prohibited from interfering with Oxford's contractual relationships with its employees, employee consultants, subcontractors, and independent contractors. The prohibition includes the following conduct:

          i) Contacting, directly or indirectly, any individual known by BNL to be an Oxford employee, employee consultants, any Oxford subcontractors, or any Oxford independent contractors, except pursuant to and in compliance with a written agreement with Oxford;

          ii) Employing or attempting to employ, or contracting with or attempting to contract with, directly or

indirectly, any individual known by BNL to be an Oxford employee, employee consultants, any Oxford subcontractors, or any Oxford independent contractors, except pursuant to and in compliance with an agreement with Oxford.

2. The Stipulation for Dismissal **(Ct. Rec. 75)** is **GRANTED** as follows:

    a. This action is dismissed with prejudice, without an award of fees or costs to any party.

    b. All pending dates and deadlines are **STRICKEN**.

    c. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this  2nd  day of August 2010.

                               S/ Edward F. Shea
                                EDWARD F. SHEA
                             United States District Judge

Q:\Civil\2009\5086.PI.stip.dism.wpd

ORDER ~ 3